IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE SANTANA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1-05-1212-T An |
| | ) | |
| vs. | ) | JURY DEMAND |
| | ) | |
| TYSON FOODS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

As evidenced by the signatures of counsel, the parties have agreed to an enlargement of the Defendant's time to file its responsive pleading, necessitated by conflicts in defense counsel's schedule. For good cause shown, Defendant's Motion for An Enlargement of Time is hereby GRANTED.

IT IS SO ORDERED.

S. Thomas Anderson USMJ
U.S. District Court Judge
08-12-05

Submitted for entry:

Kenneth A. Weber, BPR# 15730
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

Attorneys for Defendant

N KAW 517079 v1
0-0 08/11/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/15/05

_/s/ for Justin Gilbert w/_
Justin S. Gilbert, BPR # 017079  permission
Michael L. Russell, BPR #20268
GILBERT & RUSSELL
2021 Greystone Park
P.O. Box 11357
Jackson, TN 38308
(731) 664-1340 (telephone)
(731) 664-1540 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2005 a true and correct copy of Agreed Order was mailed, postage prepaid, to:

>Justin S. Gilbert, Esq.
>Michael L. Russell, Esq.
>Gilbert & Russell
>2021 Greystone Park
>P.O. Box 11357
>Jackson, TN 38308

_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01212 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT