IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOYCE SANTANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1-05-1212-T An |
| | ) |
| TYSON FOODS, CIN. | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

### ~~PROPOSED~~ ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

After consideration of the motion to admit attorney Kenneth A. Weber *pro hac vice*, pursuant to Local Rule 83.1(b)(1) and it appearing to the Court that Kenneth A. Weber meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

This the 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

- 1 -

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/16/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01212 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT